UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CORLEEN M. DAVENPORT,
         Plaintiff,

v.                                         Civil Action No.
                                            10-10178-NMG

DEAN J. LeCAIN, ET AL.,
         Defendants.

## MEMORANDUM AND ORDER ADOPTING REPORT AND RECOMMENDATION

GORTON, D.J.

      On April 19, 2010, Magistrate Judge Leo T. Sorokin issued an Order for Reassignment and Report and Recommendation (Docket No. 7) recommending to the District Judge to whom this case was assigned to deny Plaintiff's Motion to Amend Complaint (Docket No. 5) and to dismiss this action *sua sponte* for lack of subject matter jurisdiction and failure to state a claim upon which relief may be granted because Plaintiff's claim for wrongful death of her infant daughter accrued in the 1980's and is barred by the statute of limitations.

      In response, on May 3, 2010, Plaintiff filed a pleading entitled "Amendment" (Docket No. 9). In that pleading, she does not expressly object to the Report and Recommendation, but instead requests that she be permitted to change her complaint from a suit claiming "wrongful death" to a suit claiming "punitive damages." Id. at 1. She also requests "a declaratory judgment issued on [Defendant Dean LeCain's] criminal record for the sum of $170,000.00." Id. She seeks the mercy of this Court because she is pleading *pro se* and has been unable to find an attorney who will accept her case.

      While the Court is sympathetic to Plaintiff's plight, upon review of the pleadings in the case, this Court nevertheless finds that Magistrate Judge Sorokin's Report and Recommendation is well-founded. Simply put, Plaintiff has not set forth any factual or legal basis from which this

Court could find it has subject matter jurisdiction to review this case, nor has she set forth any basis for this Court to find that she has stated a plausible claim upon which relief may be granted.  As a matter of law, her request to change her suit to one for punitive damages is unavailing, as is her claim for a declaratory judgment for monetary damages against Defendant Dean LeCain.  Further, this Court finds that, given the facts and circumstances alleged by Plaintiff and accepting them as true, it would be futile to permit her any further opportunities to amend her Complaint.

Accordingly, it is hereby Ordered that Magistrate Judge Sorokin's Report and Recommendation is ADOPTED in its entirety.  It is further Ordered that:

1. Plaintiff's Motion to Amend Complaint (Docket No. 5) is DENIED; and

2. This action is DISMISSED in its entirety.  A separate Order for Dismissal shall enter.

SO ORDERED.

    /s/ Nathaniel M. Gorton
NATHANIEL M. GORTON
UNITED STATES DISTRICT JUDGE

DATED: 5/24/10